

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

UNITED STATES OF AMERICA,

    vs                                      5:08-CR-556

CLIFFORD SHULTZ,
                         Defendant.

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

APPEARANCES:                                 OF COUNSEL:

HON. ANDREW T. BAXTER               LISA M. FLETCHER, ESQ.
Acting United States Attorney         Assistant U.S. Attorney
   for the Northern District of New York
Attorney for Government
100 South Clinton Street
P. O. Box 7198
Syracuse, New York 13261-7198

OFFICE OF THE FEDERAL PUBLIC
   DEFENDER                             LISA A. PEEBLES, ESQ.
Attorney for Defendant
The Clinton Exchange, 3rd Floor
4 Clinton Squar4e
Syracuse, NY 13202

DAVID N. HURD
United States District Judge

### DECISION and ORDER

      Defendant has moved to suppress any post-arrest statements pursuant to Fed. R. Crim. P. 12(b)(3)(c). (Docket No. 10) The Government opposes and cross-moves for discovery. (Docket No. 12).

      Even assuming the facts as opposed to conclusions, set forth in defendant's short five paragraph affidavit to be true, he has failed to even raise a question of fact that his Fifth Amendment rights were violated. This failure is even more obvious when

reviewed against the detailed affidavits with exhibits of Agent Mark Park and Investigator Todd Grant.

Therefore, it is

ORDERED that

1. Defendant's motion to suppress or for a hearing is DENIED; and

2. The Government's cross motion for discovery is GRANTED.

IT IS SO ORDERED.

United States District Judge

Dated: January 26, 2009
Utica, New York.